

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NOS. WR-81,819-01; WR-81,819-02; WR-81,819-03

### EX PARTE BRYAN C. DUDLEY, Applicant

### ON APPLICATIONS FOR WRITS OF HABEAS CORPUS
### CAUSE NOS. 1309281-A; 1309282-A; 1309283-A
### IN THE 230TH DISTRICT COURT FROM HARRIS COUNTY

**YEARY, J., filed a dissenting opinion.**

### <u>DISSENTING OPINION</u>

I dissent for the reasons stated in my dissenting opinion in *Ex parte Fournier*, 473 S.W.3d 789 (Tex. Crim. App. 2015).

FILED: FEBRUARY 10, 2016
DO NOT PUBLISH